**Opinion issued December 19, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00652-CV**

————————————

**LENY F. MUNOZ, Appellant**

**V.**

**FRIED CHICKEN, L.L.C., Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Case No. 23-CCV-073177**

---

**MEMORANDUM OPINION**

Appellant Leny F. Munoz has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

We therefore dismiss the appeal for want of prosecution. TEX. R. APP. P. 42.3(b), (c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.